UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:

Fine Line Products Corp.,

                  Debtor.

----------------------------------------------------------------x
Richard L Stern, *As Trustee of the Estate of*
*Fine Line Products Corp.*,

                  Plaintiff,
   against

Sanford Litvack and
S. Litvack Inc. *aka* Litvack Sanford, Inc.,

                  Defendants.
----------------------------------------------------------------x

Case No.: 16-70277-las

Chapter 7

Adv. Pro. No.: 17-8033-las

### ORDER AUTHORIZING PARTIES TO ENTER INTO
### STIPULATION OF SETTLEMENT

Upon the motion, dated July 17, 2017 (the "Motion") [adv. dkt. no. 15], of Richard L. Stern, Esq., the chapter 7 trustee of Fine Line Products Corp., (the "Plaintiff"), by its counsel, Macco & Stern, LLP, pursuant to Bankruptcy Rule 9019(a), seeking the entry of an order approving the Motion, and the stipulation of settlement between Plaintiff and Sanford Litvack (the "Stipulation of Settlement"), a copy of which is attached to the Motion as Exhibit A **[adv. dkt. no. 15-3]**; and there being no filed opposition to the relief requested; and the Court having found that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iv) notice of the Motion was sufficient and no additional notice of or a hearing on the Motion is required under the circumstances,(v) the relief sought in the Motion is in the best interests of the Debtor's

estate, its creditors and other parties in interest and is supported by good business reasons in accordance with Bankruptcy Rule 9019; and the Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and based upon all proceedings had before the Court; now, therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is granted to the extent provided herein.

2. Pursuant to Bankruptcy Rule 9019, the parties authorized to enter into the Stipulation of Settlement.

3. The Stipulation of Settlement is approved.

4. The Plaintiff is authorized to take any and all actions reasonably necessary to consummate the Stipulation of Settlement and perform any and all obligations contemplated therein.

5. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.



**Dated: August 16, 2017**
**Central Islip, New York**

*Louis A. Scarcella*
**Louis A. Scarcella**
**United States Bankruptcy Judge**